JS-6

1  DARRELL K. MOORE (SBN 136845)
   dmoore@icls.org
2  INLAND COUNTIES LEGAL SERVICES
   10565 Civic Center Drive, Suite 200
3  Rancho Cucamonga, CA  91730
   Telephone: (951) 248-4724
4  Fax: (909) 980-4871
   **Attorneys for Plaintiffs**
5  **REBECCA JONES and BRENT PALMER**
   (*counsel for Plaintiffs continued on next page*)
6
   JIMMY L. GUTIERREZ, SBN 59448
7  jimmy@city-attorney.com
   GUTIERREZ, FIERRO & ERICKSON, APC
8  12616 Central Avenue
   Chino, CA 91710
9  Telephone: (909) 591-6336
   Facsimile: (909) 628-9803
10
   Timothy T. Coates, State Bar No. 110364
11 tcoates@gmsr.com
   Alison M. Turner, State Bar No. 116210
12 aturner@gmsr.com
   GREINES, MARTIN, STEIN & RICHLAND LLP
13 5900 Wilshire Boulevard, 12th Floor
   Los Angeles, California 90036
14 Telephone: (310) 859-7811
   Facsimile: (310) 276-5261
15 **Attorneys for Defendants**
   **UPLAND HOUSING AUTHORITY and**
16 **DON SWIFT**

17                    **UNITED STATES DISTRICT COURT**
18                    **CENTRAL DISTRICT OF CALIFORNIA**
19

20 | REBECCA JONES and BRENT PALMER, | ) | Case No. EDCV 12-2074 VAP (OPx) |
   |---|---|---|
   | | ) | *Assigned for all purposes to the Honorable Virginia A. Phillips* |
   | Plaintiffs, | ) | |
   | vs. | ) | **[PROPOSED] ORDER GRANTING STIPULATED JUDGMENT AWARDING PLAINTIFFS ATTORNEYS' FEES AND DISMISSING ACTION** |
   | UPLAND HOUSING AUTHORITY; DON SWIFT, Executive Director of the HOUSING AUTHORITY OF THE CITY OF UPLAND in his official capacity, | ) ) ) ) ) | |
   | Defendants. | ) ) ) | |

List of counsel for Plaintiffs continued from caption page:

RICHARD A. ROTHSCHILD (SBN 67356)
rrothschild@wclp.org
NAVNEET K. GREWAL (SBN 251930)
ngrewal@wclp.org
STEPHANIE E. HAFFNER (SBN 194192)
shaffner@wclp.org
WESTERN CENTER ON LAW AND POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010
Telephone: (213) 487-7211
Fax: (213) 487-0242

AMY P. LALLY, SBN 198555
alally@sidley.com
Lauren A. McCray, SBN 287408
lmccray@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Having reviewed and considered the Stipulation for Award of Attorneys' Fees and for Dismissal with Prejudice filed on July 7, 2014, and good cause appearing therefore,  IT IS HEREBY ORDERED AND ADJUDGED  as follows:

1. The Court has jurisdiction of the subject matter and the parties.

2. All issues on the merits of this case having been resolved, pursuant to Federal Rule of Civil Procedure 41(a), the complaint against Upland Housing Authority and Don Swift, Executive Director of the Upland Housing Authority of the City of Upland in his official capacity is dismissed with prejudice.

3. Pursuant to 42 U.S.C. § 1988, Defendants shall pay an award of attorneys' fees in the amount of $350,000.  The fee award is payable to plaintiffs' counsel Western Center on Law and Poverty, which shall be responsible for distributing to each of its co-counsel its appropriate share.

4. Pursuant to 28 U.S.C. § 1961, Defendants shall pay any and all interest accrued.

5. This Stipulated Judgment is final for all purposes upon entry hereof and the parties have waived the right to appeal this Stipulated Judgment both as to form and content.

6. The parties remain subject to the continuing jurisdiction of the United States District Court for the Central District of California to enforce the terms of this Stipulated Judgment.

IT IS SO ORDERED.

Dated: July 8, 2014_____

_____
Virginia A. Phillips
United States District Judge